UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Docket no. 2:19-cr-00030-GZS |
| MICHAEL A. LIBERTY & | ) |
| PAUL E. HESS, | ) |
| | ) |
| Defendants. | ) |

**ORDER REGARDING INFORMATION PROVIDED TO THE COURT UNDER SEAL**

On March 14, 2019, counsel for Defendant Hess filed under seal a letter and list of more than thirty "Maine-based investors" who he deems potential witnesses in this matter. (ECF No. 27-1.) According to counsel, the purpose of this filing was to make the Court aware that it may know or have previous relationships with individuals on the list. (Id.) On the same day, at Defendant Liberty's initial appearance, the Government filed under seal a list of potential "Victims/Witnesses." (Sealed Court Ex. A.) The Government's list includes approximately 250 individuals and various corporate entities. The Court hereby notifies the parties that it has reviewed both lists. To the extent the Court recognizes some of the individuals listed, it has not seen or communicated with such individuals in over twenty years. Based on the information provided, the Court concludes that there is no basis upon which its impartiality might be reasonably questioned. In reaching this conclusion, the Court has considered the requirements of 28 U.S.C. § 455 as well as Canon 3C and 3D of the Code of Conduct for United States Judges.

To the extent that either Defendant or the Government wishes the Court to consider any additional information that may impact the Court's recusal analysis or discovers such additional information during their respective investigations, they shall promptly present that information to the Court via a motion to recuse.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 18th day of March, 2019