UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Docket no. 2:19-cr-00030-GZS |
| MICHAEL A. LIBERTY & | ) |
| PAUL E. HESS, | ) |
| | ) |
| Defendants. | ) |

**PROCEDURAL ORDER**

Following the Court's June 12, 2019 Conference of Counsel and in light of the June 14, 2019 Speed Trial Order (ECF No. 80), the Court anticipates that pretrial motions will be filed no later than February 3, 2020, with any objections to those motions filed on or before February 24, 2020. To the extent that either Defendant notifies the Government of an intention to pursue an advice of counsel defense by February 1, 2020, the Government shall file any motion related to that notice no later than February 18, 2020.

Given these briefing deadlines, the Court tentatively sets this case for a pretrial conference to discuss any filed motions or other trial management issues on February 26, 2020 at 2:30 PM.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 18th day of June, 2019.