**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 2:19-cr-00030-GZS |
| ) | |
| **MICHAEL LIBERTY, et al.** ) | |
| ) | |
| **Defendants** ) | |

## MOTION TO SEAL PLEADINGS

The Government hereby respectfully requests that the Court seal the United States' Motion for Abrogation of Attorney-Client Privilege, together with the attachments thereto, until such time as, and to the extent that, the Court rules that the material therein is unprivileged and may be disclosed to the government's trial team and the public.

As set forth in the subject motion, the government is seeking a ruling from the Court that certain materials are not protected by the attorney-client privilege. This motion and the attachments were produced by a Department of Justice "filter team," separate from the assigned trial team attorneys, for the purpose of ensuring that the government's trial team is not exposed to any potentially privileged information prior to a ruling of the Court. The motion, together with its attachments, sets forth the materials and the basis for the government's motion in some detail.

In light of this posture, and pursuant to Local Rule 157.6, the undersigned respectfully request that the Court seal the attached pleadings until such time as the Court rules the matters unprivileged, thereby avoiding any premature or inappropriate divulgence of this information to the trial team or the public.

After the Court's ruling on the government's motion to abrogate the attorney-client privilege, the government may seek an additional, limited motion to seal third party personal identifying information.

Date: November 4, 2019                                        Respectfully submitted,

                                                              ROBERT A. ZINK, Chief
                                                              United States Department of Justice
                                                              Criminal Division, Fraud Section

                                                              By: /s/ Vincent Falvo
                                                              Vincent Falvo
                                                              Trial Attorney
                                                              United States Department of Justice
                                                              Fraud Section, Criminal Division
                                                              1400 New York Ave, NW
                                                              Washington, D.C. 20005
                                                              Vincent.Falvo@usdoj.gov
                                                              Phone: (202) 353-9384

## CERTIFICATE OF SERVICE & FILING

I hereby certify that on November 4, 2019, I filed the foregoing motion to abrogate attorney-client privilege with the Clerk of the Court by overnight carrier, and I provided copy to by overnight carrier to the following:

    Alfred Cecil Frawley, IV

    Jay McCloskey

    McCloskey, Mina, Cunniff & Frawley
    12 City Center
    Portland, Maine 04101
    207-772-6805
    afrawley@lawmmc.com
    207-772-6805
    jmccloskey@lawmmc.com

    ROBERT A. ZINK, Chief
    United States Department of Justice
    Criminal Division, Fraud Section

    By: _____
    Vincent Falvo
    Trial Attorney
    United States Department of Justice
    Fraud Section, Criminal Division
    1400 New York Ave, NW
    Washington, D.C. 20005
    Vincent.Falvo@usdoj.gov
    Phone: (202) 353-9384